# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | : | 07-MDL No. 1902 (JSR) |
| | : | |
| GEORGE L. MILLER, Chapter 7 Trustee for the Estate of Suffolk LLC, | : | |
| Plaintiff, | : | |
| v. | : | Index Nos.: |
| PF SALECO LLC ET AL | : | 09-cv-02866-JSR |
| TERENCE WILLIAMS | : | 09-cv-02867-JSR |
| WARNE WORLDWIDE | : | 09-cv-02868-JSR |
| BRERA CAPITAL PARTNERS, LLC | : | 09-cv-02870-JSR |
| ADAM N. LYLE | : | 09-cv-02871-JSR |
| ALLENE CHUNG | : | 09-cv-02872-JSR |
| ANDREW B. DOUGLASS | : | 09-cv-02873-JSR |
| ANDRE PEROLD | : | 09-cv-02874-JSR |
| ANDREW MOLLOY | : | 09-cv-02875-JSR |
| BRADD KATA | : | 09-cv-02876-JSR |
| CAROLE SCHEIDT NYSTROM, TTE | : | 09-cv-02877-JSR |
| MILESTONE VENTURE PARTNERS | : | 09-cv-02878-JSR |
| CHARLES B. HINTZ | : | 09-cv-02879-JSR |
| CHRISTIAN FABER | : | 09-cv-02880-JSR |
| CHRISTOPHER ROSE | : | 09-cv-02881-JSR |
| CHRISTOPHER SUAN | : | 09-cv-02882-JSR |
| CHRISTOPHER WELCH | : | 09-cv-02883-JSR |
| CONNIE HSU | : | 09-cv-02884-JSR |
| CSFB | : | 09-cv-02885-JSR |
| DANIEL LEHMANN | : | 09-cv-02886-JSR |
| DAVID CODY | : | 09-cv-02887-JSR |
| THE SUAN FAMILY IRREVOCABLE CHILDREN'S TRUST | : | 09-cv-02888-JSR |
| CAPGEMINI U.S., LLC | : | 09-cv-02889-JSR |
| DAVID DONNINI | : | 09-cv-02890-JSR |
| DAVID SALLE | : | 09-cv-02891-JSR |
| DIEGO WINEGARDNER | : | 09-cv-02892-JSR |
| DON MURPHY | : | 09-cv-02893-JSR |
| EDGAR D. JR. JANNOTTA | : | 09-cv-02894-JSR |
| EDWARD J. KATA | : | 09-cv-02895-JSR |
| EDWARD J. KATA AND LORRAINE KATA | : | 09-cv-02896-JSR |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-11-10

| | | |
|---|---|---|
| MILESTONE VENTURE PARTNERS | : | 09-cv-02897-JSR |
| DONALD J. EDWARDS | : | 09-cv-02898-JSR |
| FREDERICK W. GLUCK | : | 09-cv-02899-JSR |
| FREDERICK W. GLUCK JR. | : | 09-cv-02900-JSR |
| GLENN KATA | : | 09-cv-02901-JSR |
| GREG AND SUSAN GLUCK | : | 09-cv-02902-JSR |
| GREG PAPPAJOHN | : | 09-cv-02903-JSR |
| GREGG KATA | : | 09-cv-02904-JSR |
| HARRY DAVID PRECHEUR | : | 09-cv-02905-JSR |
| HARRY SHAW | : | 09-cv-02906-JSR |
| HUGH ALLEN | : | 09-cv-02907-JSR |
| ILO LIU | : | 09-cv-02908-JSR |
| INNOVATION INVESTMENTS, LLC | : | 09-cv-02909-JSR |
| JAMES LYNCH | : | 09-cv-02910-JSR |
| JAMES MURRAY, III | : | 09-cv-02911-JSR |
| JAYME COLTER | : | 09-cv-02912-JSR |
| JEFFREY & JILL WEISS | : | 09-cv-02913-JSR |
| JENNIFER KNIGHT | : | 09-cv-02914-JSR |
| JOEL PRESS | : | 09-cv-02915-JSR |
| JOHN E.KORETZ | : | 09-cv-02916-JSR |
| JOSHUA MAILMAN | : | 09-cv-02917-JSR |
| TRUST UAD 12/29/86 FBO | : | |
|     TARAN J. DAVIS | | 09-cv-02918-JSR |
| KINGDOM ASSOCIATES, ET AL | : | 09-cv-02919-JSR |
| LAB MORGAN CORPORATION | : | 09-cv-02920-JSR |
| LISA GLUCK | : | 09-cv-02921-JSR |
| ML IBK POSITIONS, INC. | : | 09-cv-02922-JSR |
| MURRAY CAPITAL | : | 09-cv-02923-JSR |
| NICOLAS J.WILLIAMS | : | 09-cv-02924-JSR |
| ODS HOLDINGS, LTD. | : | 09-cv-02925-JSR |
| PHILIP A.CANFIELD | : | 09-cv-02926-JSR |
| PROFIT-SHARING PLAN | : | |
|     FBO SUZANNE LEHMANN | : | 09-cv-02927-JSR |
| RANDALL YANKER TTEE | : | 09-cv-02928-JSR |
| RANDALL YANKER | : | 09-cv-02929-JSR |
| ROBERT HILL | : | 09-cv-02930-JSR |
| ROBERT SUAN | : | 09-cv-02931-JSR |
| RODNEY YANKER | : | 09-cv-02932-JSR |
| RONALD W. FARMER | : | 09-cv-02933-JSR |
| SCOTT KATA | : | 09-cv-02934-JSR |
| STEPHEN FREIDHEIM | : | 09-cv-02935-JSR |
| STEVE SHULMAN | : | 09-cv-02936-JSR |
| SUSAN HAERY STAISIL | : | 09-cv-02937-JSR |
| TARAN J. DAVIES | : | 09-cv-02938-JSR |
| CALPURNIA CAPITAL | : | |
|     PARTNERS, L.L.C. | : | 09-cv-02939-JSR |

| | | |
|---|---|---|
| CHRISTOPHER SUGRUE | : | 09-cv-02940-JSR |
| CLIFF DESOUZZA | : | 09-cv-02941-JSR |
| ILF HJELM | : | 09-cv-02942-JSR |
| KOCH VENTURES, INC. | : | 09-cv-02943-GEL |
| PEACHTREE EQUITY PARTNERS, L.P. | : | 09-cv-02944-JSR |
| TODD KATA | : | 09-cv-02945-JSR |
| VINCENT J. HEMMER | : | 09-cv-02946-JSR |
| WALTER NOEL, JR | : | 09-cv-02947-JSR |
| WILLIAM KESSINGER | : | 09-cv-02948-JSR |
| CAMERON HIGHLANDS | : | 09-cv-02949-JSR |
| CAPITAL STRUCTURE ARBITRAGE | : | 09-cv-02950-JSR |
| DAVID BROWN | : | 09-cv-02951-JSR |
| EXCOLATOR | : | 09-cv-02952-JSR |
| GAD CORP. | : | 09-cv-02953-JSR |
| GREENVIEW INVESTMENTS, INC. | : | 09-cv-02954-JSR |
| HATEM EL NASER | : | 09-cv-02955-JSR |
| KENNETH SHEN | : | 09-cv-02956-JSR |
| SENECA, INC. | : | 09-cv-02957-JSR |
| SUMMERLAND LTD. | : | 09-cv-02958-JSR |
| Defendants. | : | |

## ORDER REGARDING CONSOLIDATION OF MILLER ACTIONS

**Whereas**, During 2009 George L. Miller, Chapter 7 Trustee for the Estate of Suffolk LLC (the "Plaintiff"), filed 93 actions in the United States District Court for the Southern District of New York (the "Miller Actions") which were incorporated into the Refco Inc. Securities Litigation MDL (07-MDL No. 1902); and

**Whereas**, On or about October 9, 2009 the Miller Actions were assigned to the Honorable Judge Rakoff; and

**Whereas**, To aid in the efficient administration of the remaining 92[1] cases the Plaintiff has requested the consolidation of the Miller Actions and the Court has considered Plaintiff's request.

**Therefore, it is hereby ORDERED** that the above captioned cases shall be consolidated and administered under case number 09-Civ-2866.

SO ORDERED

This the _____ day of _____, 2010

_____
Honorable Ronald Hedges

---

[1] Case number 09-cv-02869, Miller v. Advent Software, Inc. was settled among the parties.