UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
                                      :
                                      :
                                      :     07 MDL 1902 (JSR)
IN RE REFCO SECURITIES LITIGATION     :     (Applies To All Cases)
                                      :
                                      :     CASE MANAGEMENT ORDER #18
                                      :
                                      :
                                      :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

    Pursuant to Case Management Order #17, the time for objections to the bills of the Special Masters for services rendered in February 2010 has elapsed. Since the Court did not receive any objection to those bills, the Court hereby directs the Case Accountant to pay the bills forthwith.

    SO ORDERED.

                                                        _____
                                                       JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 16, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-18-10