```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
                                      :
                                      :    07 MDL 1902 (JSR)
                                      :    (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION     :
                                      :    CASE MANAGEMENT ORDER #19
                                      :
                                      :
                                      :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

    Pursuant to Case Management Order #3, the next in-court status conference would normally be scheduled for May 12, 2010 at 4:00 p.m. However, the Court is unavailable on that date, and therefore the next conference will be held on Thursday, May 13, 2010 at 4:00 p.m.

    SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 18, 2010

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-19-10
```